O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ERIC ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY BRIAN STEINWAND, et al.,<br><br>　　　　Defendants. | Case No. CV14-05291-RGK (KES)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Dkt. 261) is GRANTED and judgment be entered for Defendants.

DATED: November 06, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE