JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ERIC ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY BRIAN STEINWAND, et al.,<br><br>　　　　Defendants. | Case No. CV14-05291-RGK (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Defendants' motion for summary judgment (Dkt. 261) is GRANTED.

DATED: November 06, 2017

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE